**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2219**

———————

LAUNEIL SANDERS,

Plaintiff - Appellant,

versus

THE UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; SOUTH CAROLINA DEPARTMENT OF HEALTH
AND ENVIRONMENTAL CONTROL; BOWATER INCORPO-
RATED; INTERNATIONAL PAPER COMPANY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. G. Ross Anderson, Jr., District
Judge. (CA-01-1973-7-13AK)

———————

Submitted: February 14, 2002          Decided: February 21, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished by per curiam opinion.

———————

Launeil Sanders, Appellant Pro Se. Stephanie Tai, Greer Susan
Goldman, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.;
Samuel Leon Finklea, III, SOUTH CAROLINA DEPARTMENT OF HEALTH &
ENVIRONMENTAL CONTROL, Columbia, South Carolina; Lewis Walter
Tollison, III, Elizabeth M. McMillan, NELSON, MULLINS, RILEY &
SCARBOROUGH, Greenville, South Carolina; Elizabeth Bartlett
Partlow, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Columbia, South
Carolina; Lemuel Gray Geddie, Jr., Nancy W. Monts, OGLETREE,

DEAKINS, NASH, SMOAK & STEWART, Greenville, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Launeil Sanders appeals the district court's order denying relief on his complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sanders v. EPA, No. CA-01-1973-7-13AK (D.S.C. Sept. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED